IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ROY JACKSON,<br>Institutional ID No. 01989547 | § § § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. 1:23-CV-00211-C |
| | § § | |
| SECURUS TECH, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil-rights complaint is dismissed without prejudice under 28 U.S.C. §1915(g).

Dated November 6, 2023.

_____
SAM R. CUMMINGS
Senior United States District Judge